CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Chief, Civil Division
SHAMIRA DWARICA (CABN 353189)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7312
Facsimile: (415) 436-6748
Shamira.dwarica@usdoj.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHULI YANG,

Plaintiff,

v.

JOSEPH B. EDLOW, Director, United States Citizenship and Immigration Services, et al.,

Defendants.

Case No. 3:26-CV-09539 LJC

**STIPULATION TO EXTEND TIME FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S COMPLAINT *NUNC PRO TUNC*; AND ORDER**

The parties hereby stipulate to, and respectfully request, approval *nunc pro tunc*, of an extension of time for Defendants' response to Plaintiff's complaint. Defendants will file their response on or before January 15, 2027. Plaintiff filed this action seeking adjudication of her Form I-485, Application to Register Permanent Residence or Adjust Status. On November 13, 2026, United States Citizenship and Immigration Services issued a Request for Evidence (RFE), and the response to the RFE is due by December 14, 2026. The agency will require additional time to review the response once received. Accordingly, the parties conferred and have agreed to extend the time for Defendants' response.

The parties further request a corresponding extension to the deadline for filing a summary judgment motion under the Court's Immigration Mandamus Procedural Order. Dkt. No. 5. Currently, Defendants must file a motion for summary judgment by 120 days after the complaint was served, or January 12, 2027. In view of the agreed-upon extension for Defendants' response to the complaint, the parties request that Defendants must file their motion for summary judgment by March 15, 2027.

Dated: November 13, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Shamira Dwarica*
SHAMIRA DWARICA
Assistant United States Attorney
Attorneys for Defendants

Dated: November 13, 2026

*/s/ Lin Liu*
LIN LIU
American Eagle Immigration Law Firm, P.C.
Attorney for Plaintiff

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: November 23, 2026

LISA J. CISNEROS
United States Magistrate Judge